JOHN J. MILLS AND WIFE, SUDIE MILLS, v. MARY E. JONES.

(Filed 13 April, 1938.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the Superior Court will be affirmed without becoming a precedent.

APPEAL from *Grady, J.,* at February Term, 1938, of PITT.

This is an action wherein the plaintiffs filed complaint which they contend stated a cause of action to graft a parol trust upon a deed taken by the defendant from a commissioner appointed to foreclose a mortgage, and which the defendant contends failed to state facts sufficient to constitute a cause of action. The court held with the contention of the defendant and entered judgment sustaining the demurrer filed, from which judgment plaintiffs appealed, assigning error.

*Jack Spain and Albion Dunn for plaintiffs, appellants.*
*J. B. James for defendant, appellee.*

PER CURIAM. The Court being evenly divided in opinion, *Connor, J.,* not sitting, the judgment of the Superior Court is affirmed, as the disposition of this appeal, without becoming a precedent, in accord with the practice of the Court. *Collins v. Ins. Co., ante,* 800.

Affirmed.